IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| RAIDEL BLANCO, | § | |
| Petitioner, | § § § | |
| v. | § | CAUSE NO. EP-26-CV-229-KC |
| PAMELA JO BONDI et al., | § § § | |
| Respondents. | § | |

### SHOW CAUSE ORDER

On this day, the Court considered the case. On January 30, 2026, Raidel Blanco filed a Petition for a Writ of Habeas Corpus, ECF No. 3. The Court ordered Respondents to show cause why the application for a writ of habeas corpus should not be granted. Jan. 30, 2026, Order, ECF No. 2. On February 13, Respondents filed a Response, ECF No. 7, in which they refer to "Ex. A (ERO Declaration)" in support of their argument that the Petition should be denied. *See id.* at 1, 4, 5. Importantly, they cite to this exhibit as evidence that Blanco is "tentatively scheduled for removal to Cuba in early March." *Id.* at 5. However, no such exhibit is attached to their Response. *See generally id.*

Accordingly, the Court **ORDERS** that Respondents shall **FILE** the referenced exhibit **immediately**, and **by no later than February 18, 2026**.

**SO ORDERED**.

SIGNED this 17th day of February, 2026.

KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE