IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| **RAIDEL BLANCO,** § | |
| § | |
| Petitioner, § | |
| § | |
| v. § | **CAUSE NO. EP-26-CV-229-KC** |
| § | |
| **PAMELA JO BONDI et al.,** § | |
| § | |
| Respondents. § | |

## ORDER

On this day, the Court considered the case. Raidel Blanco filed a Petition for a Writ of Habeas Corpus ("Petition"), ECF No. 3. In answer to the Court's Show Cause Order, ECF No. 2, Respondents filed their Response, ECF No. 7, in opposition to Blanco's Petition.

Respondents argue that Blanco's continued detention is lawful because his "removal to Cuba or to a third country is, in fact, significant[ly] likely in the reasonably foreseeable future." Resp. 2. In support, they submit the Declaration of Assistant Field Office Director Angelo Garite, ECF No. 9. Garite states Blanco "was offered third country removal to Mexico pending efforts to remove [him] to Cuba, but [he] refused." *Id.* ¶ 9. And on February 1, Blanco "made a fear claim of going to Mexico." *Id.* ¶ 11. According to Garite, Blanco is "tentatively scheduled for removal to Cuba in early March." *Id.* ¶ 12. Thus, Respondents are "continuing to explore removal options both to Cuba and the third countries." *Id.* ¶ 13.

Given that removal of Blanco to Cuba, Mexico, or another country, would likely moot this Petition, the Court takes this matter under advisement pending additional information from Respondents.

Accordingly, the Court **ORDERS** that Respondents shall provide a status report **by no later than March 19, 2026**, detailing the following:

(1) Whether Blanco was removed to Cuba and, if so, the date of his removal, and if not, the expected timeline for his removal to Cuba, and any obstacles;

(2) whether Blanco can be lawfully removed to Mexico without his consent and despite his fear claim, and if not, whether Blanco has consented to removal to Mexico and his fear claim has been found unreasonable, and the expected timeline for his removal to Mexico;

(3) whether a third country, other than Cuba or Mexico, has been identified for Blanco's removal and, if not, the expected timeline for identification;

(4) if a third country has been identified, whether a travel document request has been submitted to that country for Blanco, and if not, the expected timeline for submission; and

(5) if a travel document request has been submitted, the date it was submitted and the country's response or the expected timeline for a response.

**SO ORDERED.**

SIGNED this 19th day of February, 2026.

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE